1  CHRISTOPHER J. HICKS
   Washoe County District Attorney
2  HERBERT B. KAPLAN
   Deputy District Attorney
3  Nevada State Bar Number 7395
   One South Sierra St.
4  Reno, NV  89501
   hkaplan@da.washoecounty.us
5  (775) 337-5700
   ATTORNEYS FOR WASHOE COUNTY
6

7              UNITED STATES DISTRICT COURT

8                  DISTRICT OF NEVADA

9                        * * *

10  MARY LOHNES,

11          Plaintiff,              Case No.  3:19-CV-00287-MMD-WGC

12      vs.
                                    **STIPULATION AND ORDER TO**
13  WASHOE COUNTY,                  **VACATE DEADLINES AND**
                                    **DISCOVERY PLAN/SCHEDULING**
14          Defendant.             **ORDER PURSUANT TO LR 26-4**
                          _____/
15

16          COME NOW the parties herein, by and through respective undersigned counsel of

17  record and hereby stipulate and agree pursuant to LR 26-4 as follows:

18          This case involves Family Medical Leave Act employment related issues.  To date, the

19  parties have conducted the FRCP 26(f) conference int his matter.  Initial disclosures have been

20  exchanged.

21          A Scheduling Order (ECF #7) has been entered in this case.  Expert disclosures and an

22  interim status report are due on October 23, 2019.  The discovery deadline is December 23,

23  2019.

24          Discussions between counsel have made it evident that this case may be able to be

25  settled without the need to incur any additional costs of litigation.  The parties believe that

26  settlement of this case is very possible if the status quo is maintained.  A stipulation for

1  settlement conference was submitted (ECF #5) to include the matter for an early neutral

2  evaluation.  Within the stipulation (ECF #9), the parties agreed to "stay any and all discovery in

3  this matter pending completion of settlement attempts" in an effort to minimize the expense of

4  litigation and to facilitate settlement.  In response to a stipulation submitted by the parties (ECF

5  #9), the Court has ordered the parties to participate a settlement conference.  In the Court's

6  minute order (ECF #10), it granted the stipulation for settlement conference and referred the

7  matter to Magistrate Judge Carla B. Carry to set an early neutral evaluation conference.

8      The settlement conference has not to date been scheduled and it is unknown when that

9  will be scheduled.

10     The parties agree that good cause exists to vacate and hold in abeyance those scheduled

11  deadlines, as well as all other related deadlines, as the parties agree that requiring discovery at

12  this juncture, with the settlement conference pending, would reduce the ability to settle the case.

13  The parties agree that such action is in their best interests in keeping the cost of this litigation to

14  a minimum by eliminating unnecessary pretrial activities, as well as being in the interest of the

15  Court in conserving its resources, pending the early neutral evaluation.  Should settlement of the

16  case not result from the conference, a new scheduling order should be entered to allow the

17  parties to conduct appropriate discovery.

18     Accordingly, the parties stipulate and agree to vacate the Discovery Plan/Scheduling

19  Order of July 30, 2019, and the deadlines therein.  In the event settlement discussions are

20  unsuccessful, a new Discovery Plan/Scheduling Order should be entered by the Court to allow

21  the appropriate discovery to be conducted.

22  ///

23  ///

24  ///

25  ///

26  ///

This is undersigned counsels' first request for an extension of the Discovery Plan/Scheduling Order.

This stipulation to extend said deadlines are being submitted to the Court more than 21 days before the expiration of the subject deadlines.

Dated this 18th day of October, 2019.

CHRISTOPHER J. HICKS
District Attorney

By /s/ Herbert B. Kaplan
    HERBERT B. KAPLAN
    Deputy District Attorney
    MARY KANDARAS
    Deputy District Attorney
    One South Sierra Street
    Reno, NV 89501
    hkaplan@da.washoecounty.us
    (775) 337-5700

ATTORNEYS FOR WASHOE COUNTY

Dated this 18th day of October, 2019.

DOYLE LAW OFFICE, PLLC

By /s/ Kerry Doyle
    KERRY DOYLE, ESQ.
    4600 Kietzke Lane, Suite I-207
    Reno, NV 89502
    kerry@rdoylelaw.com
    (775) 525-0889

ATTORNEYS FOR PLAINTIFF

**ORDER**

**IT IS SO ORDERED.**

**Dated this 21st day of October, 2019.**

William G. Cobb
**U.S. MAGISTRATE JUDGE**