CHRISTOPHER J. HICKS
Washoe County District Attorney
HERBERT B. KAPLAN
Deputy District Attorney
Nevada State Bar Number 7395
One South Sierra St.
Reno, NV 89501
hkaplan@da.washoecounty.us
(775) 337-5700
ATTORNEYS FOR WASHOE COUNTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MARY LOHNES,

    Plaintiff,

vs.

WASHOE COUNTY,

    Defendant.

Case No. 3:19-CV-00287-MMD-WGC

**STIPULATION AND ORDER TO VACATE EARLY NEUTRAL EVALUATION SCHEDULED FOR DECEMBER 18, 2019 AND RESCHEDULE FOR DECEMBER 19, 2019**

COME NOW the parties herein, by and through respective undersigned counsel of record and hereby stipulate and agree to vacate the early neutral evaluation scheduled in this matter for December 18, 2019 at 1:30 p.m., based on the fact that Plaintiff's counsel, after having set the conference, was notified of the scheduling of oral argument at the Nevada Supreme Court on that day in another case being handled by counsel. It is further stipulated and agreed that the conference be rescheduled for December 19, 2019 at 1:30 p.m., as all parties and counsel have confirmed their availability for that date and time.

//
//
//
//

Dated this 8th day of November, 2019.

        CHRISTOPHER J. HICKS
        District Attorney

        By /s/ Herbert B. Kaplan
          HERBERT B. KAPLAN
          Deputy District Attorney
          MARY KANDARAS
          Deputy District Attorney
          One South Sierra Street
          Reno, NV 89501
          hkaplan@da.washoecounty.us
          (775) 337-5700

        ATTORNEYS FOR WASHOE COUNTY

Dated this 8th day of November, 2019.

        DOYLE LAW OFFICE, PLLC

        By /s/ Kerry Doyle
          KERRY DOYLE, ESQ.
          4600 Kietzke Lane, Suite I-207
          Reno, NV 89502
          kerry@rdoylelaw.com
          (775) 525-0889

        ATTORNEYS FOR PLAINTIFF

### ORDER

**IT IS SO ORDERED.**

Dated this 20th day of November, 2019.

_____
United States Magistrate Judge