CHRISTOPHER J. HICKS
Washoe County District Attorney

HERBERT B. KAPLAN
Deputy District Attorney
Nevada State Bar Number 7395
hkaplan@da.washoecounty.us
MARY KANDARAS
Deputy District Attorney
Nevada State Bar 3974
mkandaras@da.washoecounty.us
One South Sierra Street
Reno, Nevada 89501
(775) 337-5700

ATTORNEYS FOR WASHOE COUNTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARY LOHNES, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>WASHOE COUNTY, a public agency, and DOES I-X,<br><br>    Defendants. | Case No. 3:19-cv-00287-MMD-WGC<br><br>**STIPULATION TO LIFT DISCOVERY STAY AND SCHEDULING ORDER**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

The parties, through counsel, stipulate to lift the discovery stay and submit a proposed discovery plan and scheduling order for the Court's approval pursuant to the Case Management Conference held on January 30, 2020 (ECF No. 21).

**I. STIPULATION**

**A. RECITALS**

1. On July 7, 2019, the Court entered a Scheduling Order that was submitted by the parties in compliance with LR 26-1 with a discovery cut-off of December 23, 2019 (ECF No. 7).

//

2. On October 21, 2019, the Court vacated and held in abeyance the scheduled deadlines, due to a pending settlement conference (ECF No. 12).

3. On December 19, 2019, the parties held an Early Neutral Evaluation (ENE) session on before Magistrate Judge Carla Baldwin. The parties were unable to negotiate a settlement at that time. However, the parties agreed to continue the ENE until April 6, 2020 (ECF No. 19).

4. On January 30, 2020, the Court conducted a Case Management Conference. The Court accepted the parties' proposal to lift the stay of discovery and submit a discovery plan and scheduling order for the Court's approval (ECF No. 21)

**B. DISCOVERY PLAN**

Counsel for the parties have conferred and discussed the matters required by FRCP 26(f) and LR 26-1. The following Discovery Plan has been stipulated by the parties:

1. Discovery Cut-off: Discovery shall be completed on or before August 5, 2020.
2. Motions to Amend the Complaint and add parties: Motions shall be filed on or before May 5, 2020.
3. Expert Disclosure: Deadline to disclose direct experts shall be on or before June 5, 2020. Disclosure of rebuttal experts shall occur within 30 days after the date on which the corresponding direct expert disclosures were made, and no later than July 6, 2020.
4. Dispositive motions: Dispositive motions shall be filed on or before September 8, 2020.
5. Pretrial Order: The deadline for filing a joint pretrial order shall be October 5, 2020. However, this deadline shall be stayed in the event a dispositive motion is filed, in which case the joint pretrial order shall be filed 30 days after the Court issues any order on such dispositive motion.
6. Pretrial Disclosures: Pretrial disclosures required by FRCP 26(a)(3) and any objections thereto shall be included in the pretrial order.

//

7. <u>Alternative dispute resolution</u>: The parties certify that they have met and conferred about the possibility of using alternative dispute resolution processes.

8. <u>Alternative Forms of Case Disposition</u>. The parties certify that they considered consent to trial by a magistrate judge and the use of the Short Trial Program.

9. <u>Electronic Evidence</u>: A jury has been demanded and the parties have discussed the presentation of evidence to jurors in an electronic format. The parties agree to enter stipulations regarding the presentation prior to filing the joint pretrial order.

CHRISTOPHER J. HICKS
Washoe County District Attorney

Dated   February 4, 2020         By   /s/ Herbert B. Kaplan
                                 HERBERT B. KAPLAN
                                 Deputy District Attorney

Dated   February 4, 2020         By   /s/ Mary Kandaras
                                 MARY KANDARAS
                                 Deputy District Attorney


DOYLE LAW OFFICE PLLC

Dated   February 4, 2020         By   /s/ Kerry Doyle
                                 KERRY DOYLE, ESQ.
                                 *Approved for Electronic Signature*

**IT IS SO ORDERED.**

DATED: February 4, 2020


_____
U.S. MAGISTRATE JUDGE

-3-