CHRISTOPHER J. HICKS
Washoe County District Attorney

LINDSAY L. LIDDELL
Deputy District Attorney
Nevada State Bar 14079
One South Sierra Street
Reno, Nevada  89501
(775) 337-5700
lliddell@da.washoecounty.us

ATTORNEYS FOR WASHOE COUNTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

MARY LOHNES

    Plaintiff,

  vs.

WASHOE COUNTY,

    Defendant.

Case No.  3:19-CV-00287-MMD-WGC

**STIPULATION FOR DISMISSAL**

    Plaintiff Mary Lohnes hereby stipulates to dismiss with prejudice all claims brought against Defendant Washoe County including any and all claims that could have arisen from the events set forth in Plaintiff's Complaint, pursuant to Federal Rule of Civil Procedure 41(a)(2) and the Settlement Agreement and Release of Claims executed in the course of this litigation.  Each party shall bear their own attorney's fees and costs incurred herein.

///
///
///
///
///

-1-

1  IT IS SO STIPULATED.

2  CHRISTOPHER J. HICKS
   District Attorney
3

4  By _____ 9/24/2020          By /s/ Kerry S. Doyle           9/24/2020
   LINDSAY L. LIDDELL        Dated                 KERRY S. DOYLE                Dated
5  Deputy District Attorney                        DOYLE LAW OFFICE, PLLC.
   One South Sierra Street                         4600 Kietzke Lane, Suite I-207
6  Reno, Nevada  89501                             Reno, Nevada 89502
   lliddell@da.washoecounty.us                     kerry@rdoylelaw.come
7  (775) 337-5700                                  (775) 525-0889

8  ATTORNEY FOR WASHOE COUNTY                      ATTORNEY FOR MARY LOHNES

9

10

11  Case dismissed.  IT IS SO ORDERED.

12

13
    Dated: September 24, 2020
14                                                 _____
                                                   U.S. District Judge
15

16

17

18

19

20

21

22

23

24

25

26